**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: LSA Lab, LLC v. Multiplan, Inc.

Case Number: MDL 12341, MDL 3121

An appearance is hereby filed by the undersigned as attorney for:

LSA Lab, LLC

Attorney name (type or print): Adrianne K. Rosenbluth

Firm: Holland & Hart LLP

Street address: 555 17th Street, Suite 3200

City/State/Zip: Denver, CO 80202

Bar ID Number: 6324575
(See item 3 in instructions)

Telephone Number: (303) 293-5345

Email Address: AKRosenbluth@hollandhart.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 12, 2025

Attorney signature: S/ Adrianne K. Rosenbluth
(Use electronic signature if the appearance form is filed electronically.)